244

## MELVIN DORR *versus* WILLIAM KEITH

JOURNAL ENTRIES (1822): *Journal 3:* (1) Default judgment *p. 302.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) acknowledgment of receipt of payment on judgment; (4) precipe for execution ca. sa.; (5) appearance and precipe for fi. fa.; (6) writ of fi. fa. and return; (7) promissory note.
*1822–23 Calendar*, MS p. 53. Recorded in *Book B*, MS pp. 182–83.

## MELVIN DORR *versus* WILLIAM KEITH

JOURNAL ENTRIES (1822): *Journal 3:* (1) Default judgment *p. 303.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3–4) agreements of parties; (5) precipe for execution ca. sa.; (6) satisfaction piece; (7) promissory note.
*1822–23 Calendar*, MS p. 52. Recorded in *Book B*, MS pp. 180–81.